# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

2008 MAY 29  AM 10: 17

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Leroy Singleton, Jr. ) | Case No: CR696-00004-008 |
| ) | USM No: 09106-021 |
| Date of Previous Judgment: October 8, 1996 ) | William Rice |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __235__ months **is reduced to** __188 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  36            Amended Offense Level:  34
Criminal History Category:  I          Criminal History Category:  I
Previous Guideline Range:  188 to 235 months    Amended Guideline Range:  151 to 188 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
The sentence of 188 months is to each of Counts 1 and 15, to be served concurrently.

Except as provided above, all provisions of the judgment dated __October 8, 1996,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  May 29, 2008

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____
(if different from order date)                    Printed name and title